IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2020

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

_____Taylor J Hickerson_____, Plaintiff

v.

_____Greenway Flats_____,

_____Ross Management_____,

_____~~Tenants of Greenway~~ ~~Tenants of Greenway~~_____

_____~~Homeless Community~~_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Taylor J Hickerson   59 w las vegas st #210 colorado springs, co 80903
(Name and complete mailing address)

3035910353        Tjhickerson@gmail.com
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Greenway Flats    59 west las vegas st, colorado springs, co 80903
(Name and complete mailing address)

greenwayflatsfrontdesk@gmail.com
(Telephone number and e-mail address if known)

Defendant 2:   Ross Management        2025 york st, denver, co  80205
(Name and complete mailing address)

3038607785        manager@ross-management.com
(Telephone number and e-mail address if known)

Defendant 3:   _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4:   _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C.     JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

**✓**     Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

 18 USC chapter 18: 241, 242, 245, 249   32 CFR § 750.23 

 24 CFR § 5.2003   25 CFR § 11.4   29 CFR § 1606.8   25 CFR § 11.443 

_____   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Violation of Civils Rights

Supporting facts:

~~Using unclean water with dna to feed people and food drinking and cooking water~~ excess minerals in water b possibly chemicals. Shower ~~water~~ smells like urine.

~~Multiple assaults~~ — ~~Someone sexually assaulted me. I reported to the police and have heard nothing~~

Theft - missing keys, paperwork b personal items..

Robbery

Negligence - safety, prevention of conflict b non prevention of events. broken or seemingly broken doors b fobs;

Intentional tort - remarks, comments; recordings b conversations after being told to stop and leave me alone.

Economic Damages - harassment while working; causal loss of multiple income streams; recording b sharing of audio and/or visual documentation of me b others' public display of recorded b possibly audio information

Uneconomic damages - harassment while trying to rest. recording b sharing of audio and/or visual documentation of me b others

punitive damages, special damages including trauma, stress b forced conversion(s) sustained health issues.

4

CLAIM TWO: _____

    Supporting facts:

E.  **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

3,000,000 and criminal charges

F.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

05/09/2020
_____
(Date)

(Revised December 2017)

**FROM:** Taylor J Hickerson
59 W. Las Vegas St #210
Colorado Springs, CO 80903
PHONE (726) 514-6527

**TO:** District Court
901 W. 19th St.
Denver, CO
80294

PO ZIP Code: 80903
Date Accepted: 6/22/20
Time Accepted: 12:00 PM
Scheduled Delivery Date: 6/23/20
Postage: $27.15
Total Postage & Fees: $27.15

EJ 325 583 393 US

U.S. POSTAGE PAID
PME 1-Day
80903
COLORADO SPRINGS, CO
JUN 22 '20
AMOUNT
$27.15
R2304M114149-08