Amended Complaint

Case: 1:20:cv:01854

Taylor Jade Hickerson

      Plaintiff

V

Greenway Flats

Ross Management

      Defendant(s)

Amended Complaint(s):

Since living here I have had several unacceptable experiences. First, not receiving what my required rent payment would be within adequate and good time causing me to owe a balance. Second, the atmosphere is toxic based on some third party disturbance (The People) that I cannot get rid of (pecuniary and non-pecuniary damages) and I have been refused the ability to move based on a balance owed due to severe delay of another third party (Colorado Springs Housing Authority). In recent months, I have heard obscene and unprofessional comments by certain staff members - i.e.  rent, reports to the police, and tort comments, tenants and/or guests. I am basically being forced out of my living space. I have heard comments about information that should be between the Property Manager/Community Manager and myself coming from tenants that I don't associate with often or at all.

Would like to amend initial relief request to $100,000.