Notice:

Wish to Dismiss Party: Ross Management

                                                s/ Taylor J. Hickerson
                                                   C/S, CO 80903
                                                    720-574-6527
                                            tjhickerson@gmail.com