IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01854-GPG

TAYLOR JADE HICKERSON,

    Plaintiff,

v.

GREENWAY FLATS, and
ROSS MANAGEMENT,

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    Pursuant to Plaintiff's notice to voluntarily dismiss Ross Management as a party to this action (ECF No. 7), it is **ordered** that Ross Management be terminated as a party to this action. Fed. R. Civ. P. 21.

    It is **further ordered** that Plaintiff's "Amended Complaint" (ECF No. 5) be **stricken** from the docket. That filing is not signed in violation of Fed. R. Civ. P. 11. Nor does the filing utilize a court-approved form. D.C.COLO.LCivR 5.1(c) ("[A]n unrepresented prisoner or party shall use the procedures, forms, and instructions posted on the court's website.").

DATED: July 22, 2020