IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01854-LTB-GPG

TAYLOR JADE HICKERSON,

    Plaintiff,

v.

GREENWAY FLATS,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Recommendation of United States Magistrate Judge filed July 24, 2020 (ECF No. 12). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on July 24, 2020. No timely objection to the Recommendation has been filed, and Plaintiff is therefore barred from *de novo* review.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate (ECF No. 12) is accepted and adopted. It is

FURTHER ORDERED that the Complaint (ECF No. 1) and this action be DISMISSED WITHOUT PREJUDICE for the reasons stated in the Recommendation. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is

denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

DATED at Denver, Colorado, this __13th__ day of August, 2020.

BY THE COURT:

__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2