IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01854-LTB-GPG

TAYLOR JADE HICKERSON,

    Plaintiff,

v.

GREENWAY FLATS,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on August 13, 2020, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, August 13, 2020.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk


    By: s/ Roman Villa,
    Deputy Clerk