# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   1:20:cv:01854-LTB-GPG

Taylor Jade Hickerson

    Plaintiff

V.

Greenway Flats

    Defendant

MOTION: Release of Funds

Cannot get in contact with defendants.

s/ Taylor Jade Hickerson
Colorado Springs, CO 80903
720-574-6527
tjhickerson@gmail.com